UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>PERFECT BAR, LLC, a Delaware limited liability company, d/b/a WWW.PERFECTSNACKS.COM,<br><br>                              Defendant. | Case No.:  26-CV-1513 TWR (SBC)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 8) |

Presently before the Court is Defendant Perfect Bar, LLC's Motion to Dismiss. (ECF No. 8).  Defendant filed its Motion on May 18, 2026, (*see id.*), and on June 8, 2026, Plaintiff Silvia Garcia filed a First Amended Complaint, (*see* ECF No. 11).  Pursuant to Federal Rule of Civil Procedure 15, a plaintiff may amend his or her complaint once as a matter of course within "21 days after service" of a motion to dismiss.  *See* Fed. R. Civ. P. 15(a)(1)(B).  "As a general rule, when a plaintiff files an amended complaint, '[t]he amended complaint super[s]edes the original, the latter being treated thereafter as non-existent.'"  *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010) (citation omitted); *see also CDK Global LLC v. Brnovich*, 16 F.4th 1266, 1274 (9th Cir. 2021).  In light of Plaintiff's timely filed First Amended Complaint, the Court **DENIES AS MOOT** Defendant's Motion to Dismiss (ECF No. 8) and **VACATES** the July 9, 2026, hearing and

corresponding briefing schedule. (*See* ECF No. 9.) Defendant **SHALL RESPOND** to Plaintiff's First Amended Complaint in accordance with Federal Rule of Civil Procedure 12(a)(4)(A).

 **IT IS SO ORDERED.**

Dated: June 9, 2026

_____
Honorable Todd W. Robinson
United States District Judge

26-CV-1513 TWR (SBC)